# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC D. TEREO, | : | CIVIL ACTION NO. 1:16-CV-1436 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| DARRYL L. SMUCK, II and | : | |
| SOUTHERN REGIONAL POLICE | : | |
| DEPARTMENT | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 20th day of December, 2017, upon consideration of plaintiff's motion (Doc. 58) to stay the pretrial and trial litigation deadlines, it is hereby ORDERED that said motion is GRANTED. Case management deadlines are continued generally pending the disposition of the motions for summary judgment (Docs. 43 and 46).

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania