# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC D. TEREO,** | CIVIL ACTION NO. 1:16-CV-1436 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **DARRYL L. SMUCK, II, and THE SOUTHERN POLICE COMMISSION,** | |
| Defendants | |

## ORDER

AND NOW, this 9th day of July, 2019, upon consideration of the motion (Doc. 68) by defendant Darryl L. Smuck, II, seeking reconsideration of this court's September 17, 2018 memorandum and order (Docs. 64, 65), and in accordance with the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 68) is DENIED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania